IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEBRA ROWDEN, ) | |
| ) | Case No. 4:19-cv-00379-ODS |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| HINES REIT 2555 GRAND, LLC, ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is hereby

ORDERED that the mediation conference is scheduled for **9:00 am** Central Time, on **August 28, 2019**, *in Courtroom 6B*,[1] United States Courthouse, 400 East Ninth Street, Kansas City, Missouri. Each party as well as lead trial counsel shall attend this conference. A corporate or other non-individual party shall be represented by a person with sufficient authority within the organization to participate meaningfully in a discussion of settlement and to bind the organization if a settlement agreement is reached. In addition, if an insurance company's approval or authority to settle is required by any party, a representative of that insurance company shall attend this conference.

Prior to the mediation conference proceedings, counsel shall discuss settlement

---

[1] The conference will not be held in chambers. Counsel and parties are instructed to proceed directly to the courtroom. *DO NOT* report to chambers.

with their respective clients and insurance representatives.

NO LATER than by 5:00 pm Central Time on August 2 the parties shall email my law clerk, Garrett Pratt (garrett_@mow.uscourts.gov), a written confidential mediation statement of no more than five (5) pages setting forth the following: the relevant positions of the parties concerning factual issues, legal issues, damages, and the settlement/negotiation history of the case. I may call counsel before the mediation to discuss any questions or issues raised in the mediation statements.

During the mediation, separate confidential caucuses may be held with each party and the party's representative(s). All statements made by any attorney, party, representative *or myself* during the caucus sessions shall be kept confidential. It is further

ORDERED that should this case be settled by the parties before the scheduled mediation conference, the parties shall call my chambers at 816-512-1910 and inform me of the settlement agreement. Reaching a settlement agreement without directly notifying my chambers does not excuse any counsel or party from appearing at the mediation conference as ordered.

  /s/ Brian T. Fenimore
BRIAN T. FENIMORE
United States Bankruptcy Judge

June 18, 2019